428 A.2d 245

Commonwealth v. Farries, Appellant.

Argued April 14, 1980. Dennis J. Clark, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

580

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.